# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY ADAMS,<br>　　　Plaintiff,<br>　v.<br><br>MAIN STREET ACQUISITIONS CORPORATION,<br>　　　Defendant. | **Case No.: 1:11-cv-3577-JEI-KMW** |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

　　NOTICE IS HEREBY GIVEN that the above-captioned case has been

DISMISSED with prejudice.


　/S/ Amy L. Bennecoff
　Amy L. Bennecoff
　Attorney ID # AB 0891
　Kimmel & Silverman, P.C
　1930 E. Marlton Pike, Suite Q29
　Cherry Hill, New Jersey 08003
　Phone: (856)429-8334
　Facsimile (856) 216-7344
　Email: abennecoff@creditlaw.com